## LEER & HUCHERSON v. WILLIAM SUTHERLAND.

It is not competent for a court to enter up judgment by *nil dicit* for coin, in a suit on a promissory note that does not call for payment in coin; but the judgment may be reformed by this court.

ERROR from Navarro. Tried below before the Hon. F. P. Wood.

There is no occasion for a statement of the facts.

*Winkler & Bulloch*, for plaintiff in error.

*R. Q. Mills*, for defendant in error.

WALKER, J. The instrument sued on in this case does not call for payment in coin. The judgment is by *nil dicit*. The court rendered a judgment for coin, which must be reversed.

This court will render the judgment for dollars and cents, to be computed by the clerk.

Reformed.